# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MARCY GAGNON**,

    Plaintiff

    vs.                              CASE NUMBER: 8:09-cv-1411 (GTS/DRH)

**ESSEX COUNTY CPS UNIT;**
**JUDGE MYER, Essex County**
**Family Court; ESSEX COUNTY DEPT.**
**OF SOC. SERV., Child Support Unit;**
**HEATHER BAWCLA, Social Worker;**
**and DONNA HAZELY, Social Worker,**

    Defendants.

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed in its entirety and judgment is granted in favor of the Defendants.

All of the above pursuant to the orders of the Honorable Judge Glenn T. Suddaby, dated the 9th day of February, 2010 and the 19th day of March, 2010.

DATED: March 19, 2010

*[signature]*
Clerk of Court

s/
L. Welch
Deputy Clerk